AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

American Southern Insurance Compan

V.

Sherrill Calhoun, Ruby Calhoun, Sherri

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2007-

1:07CV409-WHA

TO: (Name and address of Defendant)

Sherrill Calhoun
4410 County Rd. 6636
Banks, AL 36005

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James P. Green, Esq.
Wright, Green, P.C.
P. O. Box 16818
Mobile, AL 36616-0818

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE 5/11/07

%AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

____MIDDLE____ District of ____ALABAMA____

American Southern Insurance Compan

V.

Sherrill Calhoun, Ruby Calhoun, Sherri

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2007-

1:07CV409-WHA

TO: (Name and address of Defendant)

Sherrill Calhoun
d/b/a Triple C Construction
Rt. 1, Box 63
Banks, AL 36005

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James P. Green, Esq.
Wright, Green, P.C.
P. O. Box 16818
Mobile, AL 36616-0818

an answer to the complaint which is herewith served upon you, within ____30____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

(By) DEPUTY CLERK

DATE  5/11/07

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of __ALABAMA_____

American Southern Insurance Compan

V.

Sherrill Calhoun, Ruby Calhoun, Sherri

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2007- 1:07CV409-wha

TO: (Name and address of Defendant)

Ruby Calhoun
4410 County Rd. 6636
Banks, AL 36005

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James P. Green, Esq.
Wright, Green, P.C.
P. O. Box 16818
Mobile, AL 36616-0818

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                               5/11/07
CLERK                                          DATE

Von Austin
(By) DEPUTY CLERK