IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| AMERICAN SOUTHERN INSURANCE CO., | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | CASE NO. 2007-1:07cv409-wha |
| SHERRILL CALHOUN, RUBY CALHOUN, SHERRILL CALHOUN d/b/a TRIPLE C CONSTRUCTION, | ) ) ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants | ) | |

## ANSWER

COME NOW the Defendants in the above-styled cause and for Answer to the Plaintiff's Complaint would show unto the Court as follows:

1. The Defendants deny the allegations contained in paragraphs 12, 13, 15, 17, 19, and 20 of the Plaintiff's Complaint.

## AFFIRMATIVE DEFENSES

The Defendants hereby plea the following enumerated affirmative defenses:

1. Accord and satisfaction.

2. Estoppel.

3. Failure of consideration.

4. Laches.

5. Statute of limitations.

6. Waiver.

## JURY TRIAL DEMAND

COME NOW the Defendants in the above-styled cause and pursuant to Rule 38(b) of the Federal Rules of Civil Procedure hereby requests a jury trial on all jury trial issues.

Respectfully submitted this 31st day of May, 2007.

                                               s/ N.J. Cervera
N.J. Cervera (CER001)
Attorneys for Defendant
**CERVERA, RALPH & REEVES, LLC**
914 South Brundidge Street
P. O. Box 325
Troy, Alabama 36081
(334) 566-0116
(334) 566-4073 (fax)
ncervera@troycable.net

## CERTIFICATE OF SERVICE

I hereby certify a copy of the foregoing Answer has been provided by US Mail, postage prepaid and properly addressed this 31st day of May, 2007 to:

James P. Green, Esquire
Wright, Green, PC
Post Office Box 16818
Mobile, Alabama 36616-0818

                                               s/ N. J. Cervera
                                                 N.J. Cervera