IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| AMERICAN SOUTHERN | ) | |
| INSURANCE CO., | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 2007-1:07cv409-wha |
| | ) | |
| SHERRILL CALHOUN, et al. | ) | |
|     Defendants | ) | |

## CONFLICT DISCLOSURE STATEMENT

COME NOW the Defendants in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047.

1. The parties are individuals.

Respectfully submitted this 18th day of June, 2007.

                                                s/ N.J. Cervera
                                                N.J. Cervera (CER001)
                                                Attorney for Defendants
                                                **CERVERA, RALPH & REEVES, LLC**
                                                914 South Brundidge Street
                                                P. O. Box 325
                                                Troy, Alabama 36081
                                                (334) 566-0116
                                                (334) 566-4073 (fax)
                                                ncervera@troycable.net

## CERTIFICATE OF SERVICE

      I hereby certify a copy of the foregoing Conflict Disclosure Statement has been provided by US Mail, postage prepaid and properly addressed this 18th day of June, 2007.

James P. Green, Esquire
Wright, Green, PC
Post Office Box 16818
Mobile, Alabama 36616-0818

                                                s/ N. J. Cervera
                                                 N.J. Cervera