IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AMERICAN SOUTHERN INSURANCE CO., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SHERRILL CALHOUN, *et al.* )<br>)<br>Defendants. )<br>) | CASE NO.: 1:07cv409-wha |

### REPORT OF PARTIES' PLANNING MEETING

1. Pursuant to Fed. R.Civ.P.26(f), a meeting was held on June 19, 2007 via conference call and was attended by:

   James P. Green, Esquire, for Plaintiff, American Southern Insurance Company.

   N. J. Cevera, for Defendants, Sherrill Calhoun, Ruby Calhoun and Sherrill Calhoun d/b/a Triple C Construction.

2. <u>Pre-Discovery Disclosures.</u> The parties will exchange by August 10, 2007 the information required by Fed.R.Civ.P.26(a)(1).

3. <u>Discovery Plan.</u> The parties jointly propose to the court the following discovery plan:

   Discovery will be needed on the following subjects:

   a.. The work performed by Sherrill Calhoun d/b/a Triple C Construction on the project.

   b. Whether Sherrill Calhoun d/b/a Triple C Construction was properly defaulted by the DOT on the project.

      c.      American Southern's cost to complete the project.

      d.      The execution of the indemnity agreement by the Defendants.

Disclosure or discovery of electronically stored information should be handled as follows:

      a.      It is not anticipated that much, if any, electronic discovery will be necessary in this case. Such electronic discovery as may be necessary can be accomplished through the printing of electronic documents and subsequent production as normally occurs with non-electronic evidence.

      b.      The Parties have agreed to an order regarding claims of privileged or of protection as trial-preparation material asserted after production, as follows: Not necessary

All discovery commenced in time to be completed by December 14, 2007.

Maximum of 35 interrogatories by each party to any other party. The term party includes all parties represented by the same lawyer or firm. Response is due 30 days after service.

Maximum of 25 requests for admission by each party to any other party. Response is due 30 days after service.

Maximum of 6 depositions by Plaintiff and 6 by the Defendants.

Each deposition limited to maximum of 6 hours unless extended by agreement of the parties.

Reports from retained experts under Rule 26(a)(2) due:

       From Plaintiff by November 9, 2007

       From Defendants by January 18, 2008

Supplementation under Rule 26(e) due one time.

4.    <u>Other Items</u>.

The parties do not request a conference with the court before entry of the scheduling order.

The parties request a pre-trial conference in April ,2008.

Plaintiff shall be allowed until October 19, 2007 to join additional parties and until December 10, 2007 to amend the pleadings.

Defendant shall be allowed until October 19, 2007 to join additional parties and until December 10, 2007 to amend the pleadings.

All potentially dispositive motions should be filed by January 1, 2008.

Settlement is likely.

Final lists of witnesses and exhibits under Rule 26(a)(3) should be due:

       From Plaintiff by April 2, 2008

       From Defendants by April 9, 2008.

Parties should have 14 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

The case should be ready for trial by June 2, 2008 and at this time is expected to take approximately two days.

Date:   June 19, 2007


  /s/ *James P. Green*
James P. Green     (GREEJ8808)
Wright, Green, P.C.
Post Office Box 16818
Mobile, Alabama 36616-0818
(251) 344-7744
Counsel for Plaintiff,
American Southern Insurance Company



     /s/ *N. J. Cevera*
N. J. Cevera    (CER001)
Cervera, Ralph & Reeves, LLC
P. O. Box 325
Troy, AL 36081
(334) 566-0116
Counsel for Defendants,
Sherrill Calhoun, Ruby Calhoun, and
Sherrill Calhoun d/b/a Triple C Construction