IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AMERICAN SOUTHERN INSURANCE CO., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) CASE NO.: 1:07cv409-wha<br>)<br>) |
| SHERRILL CALHOUN, *et al.* | )<br>) |
| Defendants. | )<br>)<br>) |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW American Southern Insurance Co., a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Atlantic American Corporation | Parent holding company |
| Bankers Fidelity Life Insurance Company | Affiliated company |
| Association Casualty Insurance Company | Affiliated company |
| Georgia Casualty and Surety Company | Affiliated company |
| Self Insurance Administrators, Inc. | Affiliated company |
| American Safety Insurance Company, Inc. | Wholly-owned subsidiary |
| Automated Systems of Georgia, Inc. | Wholly-owned subsidiary |
| Automobile Safety Management, Inc. | Wholly-owned subsidiary |
| Premier Adjusting and Claims Services, Inc. | Wholly-owned subsidiary |

DATE 6-20-07

BY: _____
JAMES P. GREEN     (GREEJ8808)
WRIGHT, GREEN, P.C.
  Attorneys for Plaintiff,
  AMERICAN SOUTHERN INSURANCE COMPANY
Post Office Box 16818
Mobile, Alabama 36616-0818
(251) 344-7744
jimgreen@wrightgreen.com

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 20th day of June, 2007, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record. In addition, I have on this date, served a copy of the foregoing on all parties who are not registered with the CM/ECF system by placing a copy of the same in the United States mail, first-class postage prepaid and properly addressed, as follows:

N.J. Cervera, Esq.
Cervera, Ralph & Reeves, LLC
P. O. Box 325
Troy, AL 36081

_____
JAMES P. GREEN