IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AMERICAN SOUTHERN INSURANCE CO., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| | ) CASE NO.: 1:07cv409-wha |
| | )<br>) |
| SHERRILL CALHOUN,<br>RUBY CALHOUN,<br>SHERRILL CALHOUN d/b/a<br>TRIPLE C CONSTRUCTION | )<br>)<br>)<br>) |
| | ) |
| Defendants. | )<br>) |

**NOTICE OF SERVICE OF DISCOVERY MATERIALS**

COME NOW the Plaintiff in the above styled cause, American Southern Insurance Company, and file herewith Notice of Service of the following discovery materials on all parties to this cause:

1. Requests for Admissions to Sherrill Calhoun d/b/a Triple C Construction; and

2. Requests for Admissions to Ruby Calhoun.

          WRIGHT, GREEN, P.C.
          Attorneys for Plaintiff,
          AMERICAN SOUTHERN INSURANCE COMPANY


BY: /s/ *James P. Green*
     JAMES P. GREEN    (GREEJ8808)
     Post Office Box 16818
     Mobile, Alabama 36616-0818
     (251) 344-7744
     jimgreen@wrightgreen.com

## **CERTIFICATE OF SERVICE**

      I do hereby certify that I have on this 29th day of June, 2007, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.  In addition, I have on this date, served a copy of the foregoing on all parties who are not registered with the CM/ECF system by placing a copy of the same in the United States mail, first-class postage prepaid and properly addressed, as follows:

    N.J. Cervera, Esq.
    Cervera, Ralph & Reeves, LLC
    P. O. Box 325
    Troy, AL 36081

                                               /s/ *James P. Green*
                                             JAMES P. GREEN