IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AMERICAN SOUTHERN INSURANCE CO., <br><br> Plaintiff, <br><br> vs. <br><br> SHERRILL CALHOUN, *et al.* <br><br> Defendants. | ) ) ) ) ) ) CASE NO.: 1:07cv409-wha ) ) ) ) ) ) ) |

## NOTICE OF FILING PLAINTIFF, AMERICAN SOUTHERN INSURANCE COMPANY'S INITIAL DISCLOSURES PURSUANT TO RULE 26(a)(1)

Comes now the Plaintiff in the above styled cause, American Southern Insurance Company, Inc., by and through its undersigned counsel, and makes the following initial disclosures pursuant to Rule 26(a)(1) and states as follows:

(A)  The Name, if known, the address and telephone number of each individual likely to have discoverable information relative to disputed facts alleged with peculiarity in the pleadings, identifying the subject of the information are as follows:

(1)  **Sherrill Calhoun**, 4410 County Rd. 6636, Banks, AL 36005, is the owner of Sherrill, Calhoun, d/b/a Triple C Construction and will have knowledge of Triple C Construction's involvement with ALDOT to construct two bridge culverts for Federal Aid Projects number ACGBBRZ-3400 (205) and ACGBBRZ-3400 (204) in Henry County, Alabama along with knowledge of Triple C Construction's default, and the execution of the ASIC Bond and Indemnity

1

Agreement.

(2) **Ruby Calhoun**, 4410 County Rd. 6636, Banks, AL 36005, the wife of Sherrill Calhoun. Will have knowledge regarding the execution of the ASIC Bond and Indemnity Agreement.

(3) **Terry McDuffie**, ALDOT Construction Engineer, 1409 Coliseum Boulevard, Montgomery, AL 36130. Knowledge of the contract entered into with Sherrill Calhoun d/b/a Triple C Construction to construct two bridge culverts for Federal Aid Projects number ACGBBRZ-3400 (205) and ACGBBRZ-3400 (204) in Henry County, Alabama along with knowledge of Triple C Construction's default and the completion of the project by Murphree Bridge Corporation.

(4) **James Kisner**, formerly with All Star Financial Group, 1302 Hightower Trail, Suite 210, Atlanta, GA 30350– James has knowledge of the Payment and Performance Bonds issued and the activity of the Surety once the Default of Triple C Construction was declared.

(5) **Scott E. Stoltzner**, ASIC, 3075 Crossings Dr., Birmingham, AL 35242, Scott signed the ASIC bond as an Attorney in Fact.

(6) **Lisa C. Culpepper**, unknown, Lisa signed the ASIC Indemnity Agreement as a witness.

(7) **Lin Heath**, Nicholson Professional Consulting, Inc., 500 Sun Valley Dr., Suite H-4, Roswell, GA 30076. Has knowledge of the completion contract and the amount spent on completion as well as the tasks undertaken to complete the contract with ALDOT.

(8) **Marty Eberharter**, Nicholson Professional Consulting, Inc., 500 Sun Valley Dr., Suite H-4, Roswell, GA 30076. Has knowledge of the completion contract and the amount spent on completion.

(9) **Frank Murphree**, President of Murphree Bridge Corporation, 1627 County Road 1149,

Troy, AL 36079, Murphree Bridge Corporation was the completion contractor and as such, Frank Murphree should have knowledge of Murphree Bridge Corporation's activities in completing the contract.

(10)    **Chris Champion**, Henry County Engineer, P. O. Box 397, Abbyville, AL 36310. Has knowledge of the work performed by Triple C and the completion of the project by Murphree Bridge.

(11)    **Jay N. Griffin**, Division Engineer, Alabama Department of Transportation, 7th Division, P. O. Box 674, Troy, AL 36081. Has knowledge regarding the work performed by Triple C and the completion of the project by Murphree Bridge.

(12)    **Keith Laney**, Legacy Concrete, P. O. Box 885, Troy, AL 36081. Has knowledge regarding the status of the project at the time of take over and the completion work performed by Murphree Bridge.

(B)    A copy of, or a description by category and location of all documents, data compilations, and tangible things in the possession, custody or control of the parties that are relative to the disputed facts alleged with particularity in the pleadings:

(1)    Documents marked ASIC0001 through ASIC0447 are attached hereto.

(C)    The Following are categories of damages claimed by the Plaintiff:

(1)    Plaintiff makes demand against all Defendants for the unpaid amount of **$158, 065.01.**

(2)    Plaintiff makes a demand for all accrued interest to date in the amount of $11,894.89 (calculated at 6% per year from May 2, 2006-August 2, 2007) plus future interest at the amount of $26.34 per day.

   (3) Attorney's fees, costs and expenses in an amount to be determined.

(D) No disclosure is required by the Plaintiff under this subcategory of Rule 26.

Plaintiff reserves the right to supplement the above disclosures as new information is discovered and as required by the Federal Rules of Civil Procedure.

      WRIGHT, GREEN, P.C.
      Attorneys for Plaintiff,
      AMERICAN SOUTHERN INSURANCE COMPANY

      _____
      JAMES P. GREEN (GREEJ8808)
      Post Office Box 16818
      Mobile, Alabama 36616-0818
      (251) 344-7744
      jimgreen@wrightgreen.com

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 23rd day of August, 2007, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record. In addition, I have on this date, served a copy of the foregoing on all parties who are not registered with the CM/ECF system by placing a copy of the same in the United States mail, first-class postage prepaid and properly addressed, as follows:

N.J. Cervera, Esq.
Cervera, Ralph & Reeves, LLC
P. O. Box 325
Troy, AL 36081

      _____
      JAMES P. GREEN