IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AMERICAN SOUTHERN INSURANCE CO., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| | ) CASE NO.: 1:07cv409-wha |
| vs. | )<br>) |
| SHERRILL CALHOUN, *et al.* | )<br>) |
| Defendants. | )<br>) |

## MOTION FOR LEAVE TO FILE MOTION FOR SUMMARY JUDGMENT

Comes now American Southern Insurance Company, Plaintiff, and respectfully moves this Honorable Court for leave to file a Motion for Summary Judgment on or before Wednesday, February 6, 2008, which would be two weeks beyond the January 23 deadline established by Section 2 of the Scheduling Order (Doc. 10) filed on June 28, 2007. As grounds for this motion for leave, Plaintiff would show unto the Court as follows:

1. The Scheduling Order in this case, filed on June 28, 2007, provided that all dispositive motions, including motions for summary judgment, "shall be filed no later than 90 days prior to the pretrial hearing." (Doc. 10, SECTION 2). A pretrial conference is currently scheduled for April 21, 2008, making the deadline for filing a motion for summary judgment January 23, 2008.

2. Through oversight and inadvertence, counsel for Plaintiff failed to transfer all scheduling order deadlines onto the 2008 calendar as a consequence of which Plaintiff failed to file its summary judgment motion within the deadline set by the Scheduling Order. Plaintiff is diligently

preparing said motion at this time. Plaintiff thought that Defendants were going to take certain depositions and Plaintiff would prepare and file a summary judgment, after the same were taken and transcribed, but the depositions were not taken and Plaintiff's counsel inadvertently overlooked the deadline for filing dispositive motions.

3. This case is currently set for trial during the civil jury trial term beginning June 2, 2008. Plaintiff submits that granting Plaintiff leave of Court to file the summary judgment will not result in any unfair prejudice to the Defendant.

4. Plaintiff is preparing a meritorious summary judgment filing which Plaintiff believes should result in the resolution of all of the claims presented in this case without the necessity of the expense of a trial.

5. Plaintiff submits that the grant of the leave requested would promote the just, speedy, and inexpensive determination of this action.

WHEREFORE, THE PREMISES CONSIDERED, American Southern Insurance Company, Plaintiff, respectfully requests leave of this Court to file a Motion for Summary Judgment in this matter on or before February 6, 2008.

Respectfully submitted,

WRIGHT, GREEN, P.C.
Attorneys for Plaintiff,
AMERICAN SOUTHERN INSURANCE COMPANY

/s/ *James P. Green*
JAMES P. GREEN   (GREEJ8808)
Post Office Box 16818
Mobile, Alabama 36616-0818
(251) 344-7744
jimgreen@wrightgreen.com

## CERTIFICATE OF SERVICE

    I do hereby certify that I have on this 1st day of February, 2008, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record. In addition, I have on this date, served a copy of the foregoing on all parties who are not registered with the CM/ECF system by placing a copy of the same in the United States mail, first-class postage prepaid and properly addressed, as follows:

N.J. Cervera, Esq.
Cervera, Ralph & Reeves, LLC
P. O. Box 325
Troy, AL 36081


                                                       /s/ *James P. Green*
                                                       JAMES P. GREEN