IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

AMERICAN SOUTHERN INSURANCE          )
CO.,                                 )
                                     )
            Plaintiff,               )
                                     )
vs.                                  )       CIVIL ACTION NO. 1:07cv409-WHA
                                     )
SHERRILL CALHOUN, et al.,            )
                                     )
            Defendants.              )

**ORDER**

        Upon consideration of the Plaintiff's Motion for Leave to File Motion for Summary

Judgment (Doc. #15), and counsel for the Plaintiff having advised the court that the Defendants

do not object, the motion is GRANTED, and it is hereby

        ORDERED that the deadline for the filing of motions for summary judgment is extended

from January 23, 2008, to February 6, 2008.

        DONE this 6th day of February, 2008.


                                    /s/ W. Harold Albritton
                                    W. HAROLD ALBRITTON
                                    SENIOR UNITED STATES DISTRICT JUDGE