IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AMERICAN SOUTHERN INSURANCE CO., | ) ) ) |
| Plaintiff, | ) ) ) CASE NO.: 1:07cv409-wha |
| vs. | ) ) |
| SHERRILL CALHOUN, *et al.* | ) ) |
| Defendants. | ) ) ) |

## MOTION FOR SUMMARY JUDGMENT

Comes now American Southern Insurance Company, Plaintiff, and moves this Honorable Court to enter summary judgment in the Plaintiff's favor on all of the claims Plaintiff has stated against the Defendants in this case, pursuant to Rule 56 of the Federal Rules of Civil Procedure. As grounds for this motion, Plaintiff would show unto the Court there is no genuine issue as to any material fact and that the Plaintiff is entitled to judgment as a matter of law on all the claims stated against Sherrill Calhoun, Ruby Calhoun, and Sherill Calhoun d/b/a Triple C Construction.

This motion is based on the pleadings on file in this case, the materials filed with the Plaintiff's Notice of Filing, the Brief filed in support of this motion, and Plaintiff's Suggested Determinations Of Undisputed Fact And Conclusions Of Law.

Respectfully submitted,

WRIGHT, GREEN, P.C.
Attorneys for Plaintiff,
AMERICAN SOUTHERN INSURANCE COMPANY


/s/ *James P. Green*
JAMES P. GREEN     (GREEJ8808)
Post Office Box 16818
Mobile, Alabama 36616-0818
(251) 344-7744
jimgreen@wrightgreen.com

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 6th day of February, 2008, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record. In addition, I have on this date, served a copy of the foregoing on all parties who are not registered with the CM/ECF system by placing a copy of the same in the United States mail, first-class postage prepaid and properly addressed, as follows:

N.J. Cervera, Esq.
Cervera, Ralph & Reeves, LLC
P. O. Box 325
Troy, AL 36081


/s/ *James P. Green*
JAMES P. GREEN