IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| AMERICAN SOUTHERN INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 1:07cv409-WHA |
| | ) | |
| SHERRILL CALHOUN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**<u>ORDER</u>**

The Plaintiff's Motion for Summary Judgment (Doc. # 17), filed on February 6, 2008, will be deemed submitted to this Court on March 6, 2008, without oral argument. If either party desires oral argument, such party should so notify the Court and opposing counsel by March 6, 2008. If, after considering the parties' submissions, the Court finds oral argument is necessary, a hearing will be scheduled, and the parties will be notified of the date of the hearing.

Affidavits, briefs, depositions, or other documents which the Defendants wish to file in opposition to said motion shall be filed on or before February 28, 2008.

The Plaintiff shall have until March 6, 2008, to file any reply it wishes to file.

If a document, including a deposition, is to be considered on the issue of summary judgment, a party shall specifically designate which parts of the document are deemed relevant. The designation of parts of depositions shall be by page and line numbers. No parts of documents not so specifically designated will be considered.

DONE this 7th day of February, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE