IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AMERICAN SOUTHERN INSURANCE CO., | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CASE NO.: 1:07cv409-wha ) ) |
| SHERRILL CALHOUN, *et al.* | ) ) |
| Defendants. | ) ) ) |

### NOTICE OF COMPROMISE

The Plaintiff, American Southern Insurance Co., hereby notifies the Court that the parties hereto have reached a compromise of all claims in this action and further moves the Court to suspend all deadlines, motions and other matters in this action for a period of thirty days so that the parties can consummate the settlement.

Respectfully submitted,

WRIGHT, GREEN, P.C.
Attorneys for Plaintiff,
AMERICAN SOUTHERN INSURANCE COMPANY

/s/ *James P. Green*
JAMES P. GREEN      (GREEJ8808)
Post Office Box 16818
Mobile, Alabama 36616-0818
(251) 344-7744
jimgreen@wrightgreen.com

## CERTIFICATE OF SERVICE

    I do hereby certify that I have on this 27th day of February, 2008, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record. In addition, I have on this date, served a copy of the foregoing on all parties who are not registered with the CM/ECF system by placing a copy of the same in the United States mail, first-class postage prepaid and properly addressed, as follows:

N.J. Cervera, Esq.  
Cervera, Ralph & Reeves, LLC  
P. O. Box 325  
Troy, AL 36081

Daniel G. Hamm, Esq.  
560 South McDonough Street, Suite A  
Montgomery, AL 36104

/s/ *James P. Green*  
JAMES P. GREEN