IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AMERICAN SOUTHERN INSURANCE CO., <br><br> Plaintiff, <br><br> vs. <br><br> SHERRILL CALHOUN, et al. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO.: 1:07cv409-wha <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated that the above-styled action may be dismissed with prejudice, a settlement having been reached. Each party will bear its own costs of court.

DATE: 03-26-08

_____
JAMES P. GREEN     (GREEJ8808)
Wright, Green, P.C.
P. O. Box 16818
Mobile, AL 36616-0818
(251) 344-7744
Attorneys for American Southern Insurance Co.

DATE: 3/31/08

_____
N.J. CERVERA (CER001)
Cervera, Ralph & Reeves, LLC
P. O. Box 325
Troy, AL 36081
Attorney for Sherrill Calhoun, Ruby Calhoun,
Sherrill Calhoun d/b/a Triple C Construction